# EXHIBIT B

5/16/2019     Elie Tahari on Twitter: "✨ @linhniller caught us in our footsteps wearing head to toe #ElieTahari. We love how she styled the whole look. 📷 : Mark …

Case 1:19-cv-04527-MKV    Document 1-2    Filed 05/16/19    Page 2 of 6





Search  Log In  Sign Up



**elietahari** • Follow
New York, New York

View replies (1)

**kristenkenney** Those pants!! 💜
12w  1 like  Reply

**christiebrinkley** Wow!
11w  1 like  Reply

**themanhattanmini** Such a look 😍

**490 likes**
FEBRUARY 20

Log in to like or comment.



