IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK IANTOSCA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ELIE TAHARI, LTD.<br><br>    Defendant | Civil Action No.: 1:19-cv-04527-JSR<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE** that Sergei Orel, Esq., appears as counsel of record for Defendant Elie Tahari, Ltd., in the above-captioned matter and requests that all papers served in this matter on Defendant be served upon the undersigned attorney.

Dated: July 10, 2019

Respectfully submitted,

/s/ Sergei Orel
Sergei Orel
Attorney for Defendant
2125 Center Avenue, Ste 616,
Fort Lee, NJ 07024
Tel: 201-491-1464
Fax: 201-604-6775
sorel@sergei-orel.com

To: Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Ste 305
Valley Stream, NY 11580
(516) 233-1660
rl@LiebowitzLawFirm.com
Attorney for Plaintiff