UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK IANTOSCA,<br><br>                          Plaintiff,<br><br>- against -<br><br>ELIE TAHARI, LTD.<br><br>                          Defendant. | Case No. 1:19-cv-04527 (JSR)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the annexed declarations of Richard Liebowitz, dated November 8, 2019, and the exhibits attached thereto; the annexed statement pursuant to Local Rule 56.1 of the United States District Court for the Southern District of New York of material facts as to which there is no genuine issue to be tried; the memorandum of law in support thereof; and the pleadings and prior proceedings herein, Plaintiff Mark Iantosca ("Plaintiff") will move the Court, before the Honorable Judge Jed S. Rakoff (U.S.D.J.), at the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, at a time and date to be determined by the Court, for an Order granting summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure in Plaintiff's favor on the issues of liability for copyright infringement under 17 U.S.C. § 501 against Defendant Elie Tahari, Ltd. ("Defendant") and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant shall serve its response by no later than November 22, 2019; and Plaintiff shall serve his reply by no later than November 29, 2019.

Dated: Valley Stream, New York
November 8, 2019

Respectfully submitted,

LIEBOWITZ LAW FIRM, PLLC
**By: /richardliebowitz/**
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Attorneys for Plaintiff*

**TO:**

Sergei Orel
Sergei Orel, LLC
2125 Center Avenue
Suite 616
Fort Lee, NJ 07024
201-491-1464
Fax: 201-604-6775
Email: sergeiorel@yahoo.com

*Attorneys for Defendant Elie Tahari, Ltd.*