UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK IANTOSCA,

    Plaintiff,

-against-

ELIE TAHARI, LTD.

    Defendant.

19-cv-4527 (JSR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/19

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript, 12/6/19, the Court grants default judgment against Defendant. The Court refers this case to Magistrate Judge James L. Cott to conduct an inquest on damages.

SO ORDERED.

Dated:   New York, NY

       December 6, 2019

                                  JED S. RAKOFF, U.S.D.J.

1