UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK IANTOSCA,

    Plaintiff,

-against-

ELIE TAHARI, LTD.

    Defendant.

19-cv-4527 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

This Court's individual rules provide that "In order to bring on any contemplated motion or application of any kind whatever . . . counsel for all affected parties must jointly call Chambers." Individual Rules of Practice of Hon. Jed S. Rakoff § 2(b). Defendant's counsel has now filed a purported motion to set aside or vacate a default judgment without convening the joint conference call required by this rule. The Court will therefore not consider the motion unless defendant's counsel convenes such a conference call with opposing counsel and the Court by no later than 5:00 pm on January 3, 2020.

SO ORDERED.

Dated: New York, NY

January 2, 2020
1:00 p.m.

_____
JED S. RAKOFF, U.S.D.J.

1