UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK IANTOSCA<br><br>         Plaintiff,<br><br>    -against-<br><br>ELIE TAHARI LTD.,<br><br>         Defendant. | 1:19-cv-4527-MKV<br><br>ORDER VACATING REFERRAL TO MAGISTRATE JUDGE |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/2020

MARY KAY VYSKOCIL, United States District Judge:

WHEREAS, on May 19, 2020, this Court granted Defendant's Motion to Vacate the Default Judgment [ECF No. 38], it is hereby:

ORDERED that the previous referral to Magistrate Judge Cott for an inquest on damages [ECF No. 20] is VACATED. Briefing on Plaintiff's Motion for Summary Judgment will proceed in accordance with the Court's May 19, 2020 Order [ECF No. 38].

**SO ORDERED.**

Date: May 20, 2020
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**