UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK IANTOSCA

                Plaintiff,

        -against-

ELIE TAHARI LTD.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/11/2020__

1:19-cv-4527-MKV

ORDER REQUESTING CERTIFIED DEPOSIT COPIES

MARY KAY VYSKOCIL, United States District Judge:

    It is hereby ORDERED that the United States Copyright office is respectfully requested to provide certified deposit copies of the works registered under VA-2-150-161 in connection with this action. Expedited service is requested. The certified copies should be emailed to the Court at VyskocilNYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

**Date: August 11, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**