USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK IANTOSCA<br><br>                    Plaintiff,<br><br>          -against-<br><br>ELIE TAHARI LTD.,<br><br>                    Defendant. | 1:19-cv-4527-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

Pursuant to the discussion with the parties on the record of the hearing on August 5, 2020, the Court issued an Order Requesting Certified Deposit Copies on August 11, 2020, requesting the United States Copyright Office to provide certified deposit copies of the works registered under VA-2-150-161 in connection with this action (the "Request Order") [ECF No. 55]. Since Defendant raised this issue in connection with its Opposition to Plaintiff's Motion for Summary Judgment but never requested deposit copies during discovery and therefore offered no evidence in support of its Opposition, and since both parties consented on the record to the Court attempting to facilitate obtaining a deposit copy at Defendant's expense, the Court issued a separate Order that same date providing that Defendant shall bear any cost associated with obtaining these deposit copies [ECF No. 54]. On August 18, 2020, the Court issued an Order directing Defendant to submit an initial payment to the Records Research and Certification Section of the U.S. Copyright Office [ECF No. 58]. Defendant submitted the payment and filed proof of such payment [ECF No. 59], as ordered by the Court.

The Court has since received correspondence from the Records Research and Certification Section of the U.S. Copyright Office regarding the Request Order acknowledging Defendant's

initial payment and providing for an additional payment to complete the request for certified deposit copies.  That correspondence provides as follows:

> The Office acknowledges receipt of your $200.00 retrieval estimate fee.   The estimated additional cost will be **$712.00**.  Attached is an updated Estimate for Services identifying the applicable fee(s).
>
> Processing of your request will begin once the U.S. Copyright Office receives payment of compulsory fees. To submit payment electronically, visit https://www.pay.gov/public/form/start/408083216, click "Continue to the Form", select Records Research and Certifications (RRC) and enter the RRC Service Request number **(SR 1-9124516401)**. To pay by telephone, please contact the Accounting Office at (202) 707-8443.  The office is open Monday through Friday (except holidays), from 8:30am – 5:00pm EST.  A staff member will assist with payment.

The "updated Estimate for Services" referenced in the correspondence is attached below.

Accordingly, it is hereby ORDERED that Defendant shall submit the additional payment necessary to complete the request and file on the docket in this case documentation confirming the submission of such payment on or before **August 31, 2020**.  Defendant shall redact any sensitive payment information.

**FAILURE TO COMPLY WITH THIS ORDER AND THE DEADLINES SET FORTH HEREIN MAY RESULT IN THE COURT OVERRULING DEFENDANT'S OBJECTION TO PLAINTIFF'S PENDING MOTION FOR SUMMARY JUDGMENT.**

**SO ORDERED.**

**Date:  August 26, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**



# Estimate for Services

UNITED STATES COPYRIGHT OFFICE

RECORDS RESEARCH & CERTIFICATION

Name: _____

Phone: _____

Created Date: 8-14-2020 *UPDATE*

Service Request No.: 1-9124516401 (TCLA)

Registration No.: VA-2-150-161

Title: _____

Other: _____

| Service | Unit Price | Quantity | Fee | For Office Use |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval *(to be credited toward request)* | $200.00 | | $ 0.00 | 1707 |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour *(1 hour min.)* or per 6 | | $ 0.00 | 1401 |
| Electronic deposit | $200.00 per hour *(1 hour min.)* | | $ 0.00 | 1402 |
|    Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Electronic application | $200.00 per hour *(1 hour min.)* | | $ 0.00 | 1402 |
|    Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | 1403 |
| Electronic correspondence | $200.00 per hour *(1 hour min.)* | | $ 0.00 | 1404 |
|    Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | 1405 |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour *(1 hour min.)* | | $ 0.00 | 1405 |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | 1406 |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour *(1 hour min.)* | | $ 0.00 | 1406 |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | | $ 0.00 | 1201 |
| Black and white | $12.00 | | $ 0.00 | 1301 |
| Color | $12.00 | 1 | $ 12.00 | 1303 |
| CD/DVD | $12.00 | | $ 0.00 | 1305 |
| Flash drive | $12.00 | | $ 0.00 | 1306 |
| Audio cassette | $12.00 | | $ 0.00 | 1307 |
| Video cassette | $12.00 | | $ 0.00 | 1308 |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | | $ 0.00 | 1100 |
| Certification | $200.00 | 1 | $ 200.00 | 1207 |
| Double certified certificates | $255.00 | | $ 0.00 | 1206 |
| Expedited service | $500.00 per hour | 1 | $ 500.00 | 1503 |
| Overnight shipping (FedEx) | $45.00 | | $ 0.00 | 1501 |
| Fax | up to 7 pages *($7 min.)* | | $ 0.00 | 1502 |
|    Each additional page | $1.00 per page | | $ 0.00 | |
| Public photocopying | $0.25 per page | | $ 0.00 | 1504 |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | 1505 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | 1802 |
| Litigation search | $200.00 per hour | | $ 0.00 | 1601 |
| Inspection search | $200.00 per hour | | $ 0.00 | 1701 |
| Search report | $400.00 first 2 hours *(2 hour min.)* | | $ 0.00 | 1801 |
|    Each additional hour | $200.00 | | $ 0.00 | |
| **Other Services** | | | | |
| | $ | | $ 0.00 | |
| | | **Estimate Total** | **$ 712.00** | |

For Office Use: