UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK IANTOSCA

                Plaintiff,

      -against-

ELIE TAHARI LTD.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2020

1:19-cv-4527-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court issued an Order dated August 26, 2020, directing Defendant to submit to the Records Research and Certification Section of the United States Copyright Office the additional payment necessary to complete the request for certified deposit copies of the works registered under VA-2-150-161 and file on the docket in this case documentation confirming the submission of such payment on or before August 31, 3030 [ECF No. 60].

      Defendant has failed to comply with the Court's Order.

      Accordingly, it is HEREBY ORDERED that if Defendant does not submit the additional payment necessary to complete the request for certified deposit copies and file on the docket documentation confirming such payment on or before **September 4, 2020**, the Court will overrule Defendant's objection to Plaintiff's pending Motion for Summary Judgment with respect to whether the photo filed in connection with copyright registration VA-2-150-161 is in fact the photo Defendant is accused of posting to various social media profiles in violation of the United States Copyright Act, 17 U.S.C. §§ 101, *et seq.*

**SO ORDERED.**

Date: September 2, 2020
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**