

LIBRARY OF CONGRESS
*Copyright Office*
*of the United States*
WASHINGTON, D.C.

**THIS IS TO CERTIFY**, that the attached color photocopies are a true representation of the work entitled **MARK IANTOSCA** deposited in the Copyright Office with claim of copyright registered under number **VA 2-150-161**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached photocopies is the best possible electrostatic positive prints available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on September 1, 2020.

Maria Strong
Acting United States Register of Copyrights and Director

By: Jarletta Walls
Section Head
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

# UNITED STATES COPYRIGHT OFFICE
## Receipt of Payment

RECORDS RESEARCH & CERTIFICATION

Name: Daniel M. Vitagliano
Address: Law Clerk to The Honorable Mary Kay Vyskocil
United States Courthouse, 500 Pearl Street
New York, New York 10007
Phone: 212-805-0200

Completed Date: 9/1/2020
Service Request No.: 1-9124516401 (TCLA)
Registration No.: VA 2-150-161
Title:
Other:

| Service | Unit Price | Quantity | Fee | Amount Paid |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval (to be credited toward request) | $200.00 | | $ 0.00 | |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour (1 hour min.) or per 6 | | $ 0.00 | |
| Electronic deposit | $200.00 per hour (1 hour min.) | 1 | $ 200.00 | $ 200.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Electronic application | $200.00 per hour (1 hour min.) | | $ 0.00 | |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | |
| Electronic correspondence | $200.00 per hour (1 hour min.) | | $ 0.00 | |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour (1 hour min.) | | $ 0.00 | |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour (1 hour min.) | | $ 0.00 | |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | | $ 0.00 | |
| Black and white | $12.00 | | $ 0.00 | |
| Color | $12.00 | 1 | $ 12.00 | $ 12.00 |
| CD/DVD | $12.00 | | $ 0.00 | |
| Flash drive | $12.00 | | $ 0.00 | |
| Audio cassette | $12.00 | | $ 0.00 | |
| Video cassette | $12.00 | | $ 0.00 | |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | | $ 0.00 | |
| Certification | $200.00 | 1 | $ 200.00 | $ 200.00 |
| Double certified certificates | $255.00 | | $ 0.00 | |
| Expedited service | $500.00 per hour | 1 | $ 500.00 | $ 500.00 |
| Overnight shipping (FedEx) | $45.00 | | $ 0.00 | |
| Fax | up to 7 pages ($7 min.) | | $ 0.00 | |
| Each additional page | $1.00 per page | | $ 0.00 | |
| Public photocopying | $0.25 per page | | $ 0.00 | |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | $ 0.00 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | |
| Litigation search | $200.00 per hour | | $ 0.00 | |
| Inspection search | $200.00 per hour | | $ 0.00 | |
| Search report | $400.00 first 2 hours (2 hour min.) | | $ 0.00 | |
| Each additional hour | $200.00 | | $ 0.00 | |
| **Other Services** | | | | |
| | $ | | $ 0.00 | |
| | | **Total Fee** | $ 912.00 | |
| | | **Total Amount Paid** | | $ 912.00 |
| | | **Refund** | | $ 0.00 |

U.S. Copyright Office · Library of Congress · 101 Independence Avenue SE · Washington, DC 20559 · www.copyright.gov
REVISED: 03/2020