```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK IANTOSCA

            Plaintiff,

    -against-

ELIE TAHARI LTD.,

            Defendant.

1:19-cv-4527-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On September 18, 2020, the Court issued an Opinion and Order granting Plaintiff's motion for partial summary judgment on Defendant's liability for copyright infringement. The Court also ordered the parties to appear at a conference on October 27, 2020, at 1:30 PM to discuss the resolution of damages. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

IT IS HEREBY ORDERED that on or before October 20, 2020, the parties shall submit a joint letter regarding the status of the case. The letter should include the following information in separate paragraphs:

a. a statement of any existing deadlines, due dates, and/or cut-off dates;
b. a brief description of any outstanding motions;
c. a brief description of the discovery and undertaken if either party believes any additional discovery that needs to be completed;
d. a statement describing the status of any settlement discussions and whether the parties would like a settlement conference;
e. a statement of the anticipated length of trial and whether the case is to be tried to a jury;
f. a statement of whether any party anticipates filing a motion to exclude expert testimony (see Individual Practice Rules ¶4(A)(i));
g. any other issue that the parties would like to address at the conference; and
h. any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

Parties should be prepared to discuss scheduling of trial and all pre-trial matters.

Any application to modify or extend the dates herein shall be made in a written application in accordance with paragraph 2(G) of the Court's Individual Practice Rules and shall be made no less than three (3) days prior to the expiration of the date sought to be extended.  Failure to comply with the deadlines set forth herein may result in sanctions.

**SO ORDERED.**

**Date:  October 14, 2020**
**           New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**